**Opinion issued September 30, 2022**



In The

# Court of Appeals

**For The**

# First District of Texas

————————————

**NO. 01-22-00694-CV**

————————————

## IN RE MOISES GARCIA AND ESTEPHANIE REYES, Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

On September 28, 2022, relators Moises Garcia and Estephanie Reyes filed a petition for writ of mandamus challenging (1) the trial court's April 5, 2021 order denying their motion to compel the deposition of a corporate representative of real party in interest Allstate Fire and Casualty Company and (2) the trial court's May

23, 2022 order denying their request for rehearing of the April 5, 2021 order.[1]

Relators ask this Court to stay the trial set to begin on October 6, 2022.

We deny the petition. *See* TEX. R. APP. P. 52.8. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Landau and Hightower.

---

[1] The underlying case is *Moises Garcia and Estephanie Reyes v. Allstate Fire and Casualty Insurance Company and Mark Whiteman*, cause number 2018-49775, pending in the 61st District Court of Harris County, Texas, the Honorable Fredericka Phillips presiding.